DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROSHANKUMAR B. PATEL,**
Appellant,

v.

**SEBRING HEALTH SERVICES, LLC,**
Appellee.

No. 4D20-2753

[August 26, 2021]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury Jr., Judge; L.T. Case No. CACE19024320.

Matthew D. Landau, Eric Fischer and Paul Kunz of The Landau Law Group, Boca Raton, for appellant.

Benjamin R. Shiekman, Martin B. Goldberg and Jason A. Coe of Lash & Goldberg LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and LEVINE, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***